Dismissed and Memorandum Opinion filed November 1, 2007








Dismissed
and Memorandum Opinion filed November 1, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00748-CV

____________

 

IN THE INTEREST OF L.T.P., M.T.P.,
and N.T.P., Children

 

 



 

On Appeal from the
300th District Court

Brazoria County,
Texas

Trial Court Cause
No. 40755

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 22, 2007.  On October 23, 2007,
appellants, Walter Their and Virgina W. Thier, filed a motion to dismiss the
appeal because the case has settled in mediation.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 1, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.